UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                        CRIMINAL ACTION

VERSUS

HANNIBAL X. BROWN                               NO.: 3:02-cr-00111-BAJ-SCR

RULING AND ORDER

Before the Court is Petitioner's **MOTION TO MODIFY, CORRECT OR AMEND SENTENCE PURSUANT TO "DESCAMPS V. UNITED STATES, 133 S. Ct. 2276 (2013)" (Doc. 91).** The Magistrate Judge has issued a **REPORT (Doc. 94)** recommending that Petitioner's motion be:

> (1) treated as a successive application for habeas corpus relief under 28 U.S.C. § 2244(b); (2) construed in part as a motion for authorization for the district court to consider the claim raised [t]herein; and, (3) transferred to the United States Court of Appeals for the Fifth Circuit, under the authority of 28 U.S.C. § 1631, for that court to determine whether the petitioner is authorized under 28 U.S.C. § 2244(b) to file the instant habeas corpus application in this district court.

(*id.* at pp. 2–3). Petitioner filed a timely objection to the Magistrate Judge's Report. (Doc. 95).

Having independently considered Petitioner's Motion (Doc. 91) and related filings—including Petitioner's objection—the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 94),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Petitioner's Motion (Doc. 91) is **TRANSFERRED** to the Fifth Circuit for that court to determine whether Petitioner is authorized under 28 U.S.C. § 2244(b) to file the instant habeas corpus application.

Baton Rouge, Louisiana, this 16th day of April, 2014.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**